In the Matter of Summary Proceedings: JOHN LEWALL, Appellant, v. ROSWELL F. VAIL and HARRY C. CARR, Respondents.— Order of the County Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ., concur.

MOSES KATZ and AMELIA KATZ, Appellants, v. JOHN HENRY HOLSCHER, Respondent.— Judgment affirmed, with costs, on authority of *Kerley* v. *Mayer* (10 Misc. Rep. 718; affd., 155 N. Y. 636). Blackmar, P. J., Kelly, Jaycox and Young, JJ., concur; Manning, J., dissents and votes to reverse.

MARTIN KAZLAUSKAS, Respondent, v. OVERSEAS SHIPPING COMPANY, INC., Appellant.— Judgment and order reversed upon the law and the facts, and a new trial granted, costs to abide the event, upon the ground that the evidence is insufficient to establish that the defendant failed to furnish guide ropes to be used upon the work. (*Vogel* v. *American Bridge Co.*, 180 N. Y. 373; *Davis* v. *Gas Engine & Power Co.*, 148 App. Div. 791, 792; *Wells* v. *Westinghouse, Church, Kerr & Co.*, 147 id. 155.) Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

AGNES FLORIAN MULLIN, Individually and as Executrix, etc., of FRANCIS B. MULLIN, Deceased, Respondent, v. R. JEROME MULLIN, Individually and as Surviving Partner, of FRANCIS B. MULLIN & BROTHER, Appellant.— Order reversed upon the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Upon all the papers the facts presented do not warrant the appointment of a receiver *pendente lite.* The proof must be clear and convincing before such a drastic remedy is applied in advance of the trial. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK VISCONTI, Appellant.— Judgment of conviction by the Court of Special Sessions reversed and a new trial ordered, on the ground that the evidence does not warrant a finding that defendant had consummated the crime charged in the information, although the evidence would have justified a finding of an attempt to commit the crime charged. Blackmar, P. J., Jaycox and Manning, JJ., concur; Kelly and Young, JJ., dissent and vote to affirm.

ROBERT R. SHERWOOD, Appellant, v. WILLIAM N. FINCH and GERTRUDE FINCH, His Wife, Respondents.— Judgment and interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Young, JJ.

GEORGIANA BLACK WINES, Appellant, v. GILLEM-PERRINE AUTO COMPANY, INC., and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.